**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ETHAN ROBINSON et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-24-1320-G** |
| | ) |
| **HEARTLAND PAYMENT SYSTEMS,** | ) |
| **LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On August 19, 2025, the Court entered an Administrative Closing Order ("ACO") administratively terminating this action (Doc. No. 36).  The Court additionally directed that if by February 6, 2026, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.  *See* Order (Doc. No. 48).

Now before the Court is Defendant Heartland Payment Systems, LLC's Motion (Doc. No. 50) seeking dismissal with prejudice of all claims raised by Plaintiff Ethan Robinson.  No response to the Motion was filed within the time allowed by local rule.

Because leave was not timely sought to reopen Plaintiff Robinson's claims, the ACO "by its own terms matured to a dismissal of [those claims] with prejudice" when its deadline expired.  *Lewis v. B.F. Goodrich Co.*, 850 F.2d 641, 643 (10th Cir. 1988); *see* ACO at 1; Order at 1.

Defendant's Motion (Doc. No. 50) is therefore DENIED AS MOOT.

IT IS SO ORDERED this 16th day of July, 2026.

CHARLES B. GOODWIN
United States District Judge